1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Cindy N. Mader (Bar No. 213524)
   cmader@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   800 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90017-2611
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JOHN DOE, | Case No. C 15-00744 TEH |
|---|---|
| Plaintiff, | **ORDER UPON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND REQUEST FOR TELEPHONIC APPEARANCE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA; WME EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendants. | |

The Court, having reviewed the Stipulation to Continue Case Management Conference and Request for Telephonic Appearance ("Stipulation") between Plaintiff JOHN DOE and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") finds that good cause exists to enter an order approving said Stipulation.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Case Management Conference currently set for June 8, 2015, at 1:30 p.m. be continued to June 22, 2015 at 1:30 p.m.; and

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

Case No. C 15-00744 TEH
ORDER UPON STIP TO CONTINUE CMC
AND REQUEST FOR TELEPHONIC APPEAR

1  2.  Counsel for Prudential, Linda Lawson, may appear telephonically.

3  Dated: _____05/11_____, 2015

_____
Hon. Thelton E. Henderson
Judge, United States District Court

*Judge Thelton E. Henderson*

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

2

Case No. C 15-00744 TEH
ORDER UPON STIP TO CONTINUE CMC
AND REQUEST FOR TELEPHONIC APPEAR