JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. CV-15-04089 AB (FFMx)<br><br>**FINAL JUDGMENT** |

### FINAL JUDGMENT IN A CIVIL CASE

This action came to trial before the Court on November 29, 2016. The Court issued findings of fact and conclusions of law on March 28, 2017. *See* Findings of Fact (Dkt. No. 89). The Court also issued an Order resolving post-trial motions. *See* Order (Dkt. No. 105). Pursuant to those Findings of Fact, and upon consideration of the matters presented to the Court following the trial and resolved in the Order, the Court **GRANTS** final judgment to Plaintiff and **ORDERS** as follows:

1. Defendant Prudential Insurance Company of America shall pay **$1,025,219** in past-due long-term disability benefits;

2. Defendant Prudential Insurance Company of America shall pay prejudgment interest on these past-due long-term disability benefits **at the annual rate of**

1.

    **11.5%**, compounded yearly;
3. Defendant Prudential Insurance Company of America shall pay **$348.595** in attorney's fees;
4. Defendant Prudential Insurance Company of America shall pay **$5,562.60** in case costs;
5. Defendant Prudential Insurance Company of America shall immediately recommence paying Plaintiff's monthly long-term disability benefit and shall continue to pay such benefit consistent with the terms of the WME Employee Welfare Benefit Plan, utilizing the procedures provided for in the Plan and in light of the findings of fact and conclusions of law set forth in the Court's Order, until such time Plaintiff no longer qualifies for benefits under the terms of the Plan; and
6. The above payments are to be made within 10 calendar days of the entry of this order, in a form acceptable to Plaintiff.

Term 5 above supercedes terms 3 and 4 of the Findings of Fact. *See* Findings of Fact, 30:11-15.

**IT IS SO ORDERED.**

Dated: July 11, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE